UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

DONDRELL TYRELL THOMAS,

        Plaintiff,                         Case No. 2:15-cv-79

v.

                                            Honorable Robert Holmes Bell

S. KING, et al.,

        Defendants.

_____/

**ORDER**

This is a civil rights action brought by a state prisoner. On November 20, 2015, the Court determined that service of the complaint is warranted, and entered an order (docket #16) requiring Plaintiff to provide additional copies of the complaint for the United States Marshal to execute service, in accordance with W.D. Mich. LCivR 10.4 and Administrative Order 03-029.[1] The Court allowed 14 days for Plaintiff to comply. Plaintiff was warned that if he failed to provide the requisite copies, or to submit an affidavit explaining his inability to do so,[2] the Court could dismiss his case for want of prosecution.

More than 14 days have elapsed and Plaintiff has not submitted the requisite copies or offered any reason as to why he is unable to do so. Because Plaintiff has failed to comply with

---

[1] When service is to be made by the United States Marshal, the Court's local rules require litigants to provide sufficient copies of their documents for service when the documents are filed. W.D. Mich. LCivR 10.4. Under Administrative Order 03-029, Plaintiff was excused from providing additional copies of his complaint until the Court determined that service was warranted.

[2] As the Court explained in its order, Plaintiff is responsible for the copies, and the Michigan Department of Corrections (MDOC) provides loans for this purpose.

the rules of the Court and the Court's November 20, 2015 order, the Court will issue a judgment dismissing the case without prejudice for lack of prosecution.

       IT IS SO ORDERED.


Dated: <u>February 1, 2016</u>            <u>/s/ Robert Holmes Bell</u>
                                                      ROBERT HOLMES BELL
                                                      UNITED STATES DISTRICT JUDGE